FILED MAR 10 2009 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY ___ Deputy Clerk

ENTERED MAR 11 2009

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Fleetwood Enterprises, Inc.,<br><br>                   Debtor. | Case No. RS 09-14254 BB<br><br>Chapter 11<br><br>ORDER OF TRANSFER |

It appearing that the above-entitled case is properly transferable,

IT IS HEREBY ORDERED that the above-entitled case and proceedings (if any), arising out of or related to said case be transferred and referred to Bankruptcy Judge Meredith A. Jury for all further proceedings. The case number will remain the same, however, the Judge's initials must be changed to "MJ" on all pleadings. and all other related cases ~~(strikethrough)~~ currently assigned to Judge Bluebond.

Dated: 3/10/09

_____
Sheri Bluebond
United States Bankruptcy Judge

I hereby consent to the transfer.

Dated: 3-10-09

_____
Meredith A. Jury
United States Bankruptcy Judge

|   | CERTIFICATE OF MAILING |
|---|---|
| 1 | |

2  TO ALL PARTIES IN INTEREST LISTED BELOW:

3  1. You are hereby notified that a document entitled:
    was entered on _____3-11-09_____.

4

5  2. I hereby certify that I mailed a true copy of the above entitled document to the persons and entities listed below on _____3-11-09_____.

6

7  Dated: 3-11-09

    _____, Deputy Clerk

8  Office of the U.S. Trustee
   3685 Main Street Ste 300
9  Riverside, CA 92501

10 Daniel C Lapidus on behalf of Plaintiff Robert Myers
   177 S Beverly Dr
11 Beverly Hills, CA 90212

12 Ryan D Lapidus on behalf of Plaintiff Robert Myers
   177 S Beverly Dr
13 Beverly Hills, CA 90212

14

15 **Fleetwood Enterprises, Inc.**
   3125 Myers Street
   Riverside, CA 92513
16

17 **Craig Millet**
   4 Park Plaza #1400
18 Irvine, CA 92614

19

20

21

22

23

24

25

26