RYAN D. LAPIDUS (Bar No. 196838)
Email: ryan@lapiduslaw.com
DANIEL C. LAPIDUS (Bar No. 227170)
Email: dan@lapiduslaw.com
LAPIDUS & LAPIDUS
A PROFESSIONAL LAW CORPORATION
177 SOUTH BEVERLY DRIVE
BEVERLY HILLS, CALIFORNIA 90212
TEL: 310-550-8700
FAX: 310-943-2471

Attorneys for Plaintiffs

FILED

MAR 17 2009

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

# IN THE UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>FLEETWOOD ENTERPRISES, INC.,<br><br><br>Debtor. | Case No. 6:09-bk-14254-BB<br><br>Chapter 11<br><br>(Joint Administration Requested) |
| ROBERT MYERS, on his own behalf and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLEETWOOD ENTERPRISES, INC.,<br><br>Defendant. | ADV. CASE NO.: 6:09-ap-01105-MJ<br><br>**NOTICE OF DEMAND FOR COMPLIANCE WITH FRBP 7026 AND LOCAL BANKRUPTCY RULE 7026-1** |

NOTICE OF DEMAND FOR COMPLIANCE WITH FRBP 7026 AND LOCAL

BANKRUPTCY RULE 7026-1 - 1

**NOTICE OF DEMAND FOR COMPLIANCE (LBR 7026-1)**

Pursuant to the Early Meeting of Counsel and Status Conference Instructions, as well as FRBP 7026 and Local Bankruptcy Rule 7026-1, Plaintiff demands compliance with Local Bankruptcy Rule 7026-1.

DATED: March 16, 2009

LAPIDUS & LAPIDUS
A PROFESSIONAL LAW CORPORATION

DANIEL C. LAPIDUS
Attorneys for Plaintiffs, Robert Myers, on his own behalf and on behalf of all other persons similarly situated

## PROOF OF SERVICE BY MAIL

I, Jake Cotler, declare as follows:

I am employed with the law firm of Lapidus & Lapidus, A Professional Law Corporation, 177 South Beverly Drive, Beverly Hills, California 90212. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years and not a party to this action.

On March 16, 2009, I served a copy of the following documents:

1. Notice of Demand for Compliance with FRBP 7026 and Local Bankruptcy Rule 7026-1.

on the below parties in this action by placing true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business:

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Beverly Hills, California, on March 16, 2009.

Jake Cotler

PROOF OF SERVICE

Craig Millet
Gibson Dunn & Crutcher LLP
4 Park Plaza, #1400
Irvine, CA 92614

Craig Millet
Solmaz Kraus
Gibson Dunn & Crutcher LLP
3161 Michelson Dr., Suite 1100
Irvine, CA 92612-4412

Elizabeth A Lossing
United States Trustee
U.S. Department of Justice
3685 Main St, Suite 300
Riverside, CA 92501

David W. Meadows
Law Offices of David Meadows
1801 Century Park East, Suite 1250
Los Angeles, CA 90067

C. Daniel Motsinger
Krieg DeVault LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204-2079

Kimberly A. Posin
Latham & Watkins LLP
355 S Grand Ave, Suite 100
Los Angeles, CA 90071-1560

Michael Reed
P.O. Box 1269
Round Rock, TX 78680