| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Daniel C. Lapidus (Bar No. 227170)<br>LAPIDUS & LAPIDUS, A Professional Law Corporation<br>177 South Beverly Drive<br>Beverly Hills, CA 90212<br>Ph: 310-550-8700<br>Fax: 310-943-2471<br><br>*Attorney for* Plaintiff Robert Myers and all other persons similarly situated | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

FLEETWOOD ENTERPRISES, INC.

Debtor(s).

| | |
|---|---|
| ROBERT MYERS, on his own behalf and on behalf of all other persons similarly situated,     Plaintiff(s). | CHAPTER: 11<br>CASE NO.: 6:09-bk-14254-MJ |
| vs.<br>FLEETWOOD ENTERPRISES, INC. | ADVERSARY NO.: 6:09-ap-01105-MJ |
|     Defendant(s). | DATE: 5/28/09<br>TIME: 11:00 a.m.<br>PLACE: Courtroom 302 |

# JOINT STATUS REPORT
# LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served?     ☒ Yes    ☐ No

2. Have all parties filed and served answers to the complaint/counter-complaints/etc.?     ☒ Yes    ☐ No

3. Have all motions addressed to the pleadings been resolved?     ☒ Yes    ☐ No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1?     ☒ Yes    ☐ No

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," then please explain below *(or on attached page)*:

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 7016-1.1**

Joint Status Report - *Page 2*  F 7016-1.1

| In re | CHAPTER: 11 |
| FLEETWOOD ENTERPRISES, INC. | CASE NO.: 6:09-bk-14254-MJ |
| Debtor(s). | ADVERSARY NO.: 6:09-ap-01105-MJ |

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   | Plaintiff | Defendant |
   |---|---|
   | Approximately 9 months | Same as Plaintiff. |

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

   | Plaintiff | Defendant |
   |---|---|
   | See Section F-1 below. | Same as Plaintiff. |

3. When do you expect to complete your discovery efforts?

   | Plaintiff | Defendant |
   |---|---|
   | Approximately 6 months | Same as Plaintiff. |

4. What additional discovery do you require to prepare for trial?

   | Plaintiff | Defendant |
   |---|---|
   | Interrogatories, requests for production of documents and depositions. | Same as Plaintiff. |

**C. TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?

   | Plaintiff | Defendant |
   |---|---|
   | Not known at this time. | Same as Plaintiff. |

2. How many witnesses do you intend to call at trial (including opposing parties)?

   | Plaintiff | Defendant |
   |---|---|
   | See Section F-1 below. | Same as Plaintiff. |

3. How many exhibits do you anticipate using at trial?

   | Plaintiff | Defendant |
   |---|---|
   | Not known at this time. | Same as Plaintiff. |

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1

Joint Status Report - *Page 3*  F 7016-1.1

| In re<br>FLEETWOOD ENTERPRISES, INC.<br><br>Debtor(s). | CHAPTER: 11<br>CASE NO.: 6:09-bk-14254-MJ<br>ADVERSARY NO.: 6:09-ap-01105-MJ |
|---|---|

D. **PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pre-trial conference X (is)/ __ (is not) requested.<br>Reasons: To narrow issues for trial. | Pre-trial conference X (is)/ __ (is not) requested.<br>Reasons: _____ |

| Plaintiff | Defendant |
|---|---|
| Pre-trial conference should be set after:<br>(date) 02/01/10 | Pre-trial conference should be set after:<br>(date) 02/01/10 |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?
   See Section F-2 below.

2. Has this dispute been formally mediated?    ☐ Yes   ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   Plaintiff                    Defendant
   ☐ Yes  ☒ No                  ☐ Yes  ☒ No

(Continued on next page)

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1

Joint Status Report - *Page 4*  F 7016-1.1

| In re | CHAPTER: 11 |
| FLEETWOOD ENTERPRISES, INC. | CASE NO.: 6:09-bk-14254-MJ |
| Debtor(s). | ADVERSARY NO.: 6:09-ap-01105-MJ |

F. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

1. The parties agree that in light of the current posture of the bankruptcy cases and the likelihood that more information will become available with respect to the progression of the bankruptcy cases within the next 60 days, it is appropriate to forego activity in this case for a brief period of time.

The parties request that the court continue the May 28, 2009 Initial Status Conference for approximately 60 days in order to allow time for the bankruptcy cases to progress so that parties may engage in a more meaningful analysis of the issues raised in this litigation. At that time the parties will be in a better position to schedule trial and pre-trial deadlines, as well as to determine whether to schedule a mediation.

2. Counsel met in person on May 5, 2009 to conduct early meeting of counsel, at which time counsel briefly discussed settlement. Discussions continuing.

Respectfully submitted,

Dated: 05/13/09                                                    Dated: 5/13/09

LAPIDUS & LAPIDUS, PLC                                             GIBSON, DUNN & CRUTCHER LLP
*Firm Name*                                                         *Firm Name*

By: [signature]                                                    By: [signature]

Name: Daniel C. Lapidus                                            Name: Michele L. Maryott

Attorney for: Plaintiffs                                           Attorney for: Defendant Fleetwood Enterprises, Inc.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                          F 7016-1.1

| In re | CHAPTER: 11 |
|---|---|
| FLEETWOOD ENTERPRISES, INC. | CASE NO.: 6:09-bk-14254-MJ |
| Debtor(s). | ADVERSARY NO.: 6:09-ap-01105-MJ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as Joint Status Report (Local Bankruptcy Rule 7016-1(a)(2) _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 5/13/09 _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Craig Millet (cmillet@gibsondunn.com, pcrawford@gibsondunn.com)
United States Trustee (RS) (ustpregion16.rs.ecf@usdoj.gov)

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/13/09 | Daniel C. Lapidus | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 7016-1.1**