CRAIG H. MILLET, SBN 106027, CMillet@gibsondunn.com
MICHELE L. MARYOTT, SBN 191993, MMaryott@gibsondunn.com
SOLMAZ KRAUS, SBN 223117, SKraus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>FLEETWOOD ENTERPRISES, INC., et al.,<br><br>Debtors, | CASE NO. 09-14254-MJ<br><br>Chapter 11<br><br>[Jointly Administered]<br><br>ADV. NO.: 6:09-ap-01105-MJ |
| ROBERT MYERS, on his own behalf and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLEETWOOD ENTERPRISES, INC.,<br><br>Defendant. | **NOTICE OF CONTINUANCE OF STATUS CONFERENCE**<br><br>**Original Hearing Date:**<br>Date: May 28, 2009<br>Time: 11:00 a.m.<br>Place: Courtroom 1165<br>      3420 Twelfth Street<br>      Riverside, CA 92501<br>Judge: Hon. Meredith A. Jury<br><br>**Continued Hearing Date:**<br>Date: August 6, 2009<br>Time: 11:00 a.m.<br>Place: Courtroom 1165<br>      3420 Twelfth Street<br>      Riverside, CA 92051<br>Judge: Hon. Meredith A. Jury |

**TO PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, at the request of the parties, the status conference in the above-referenced adversary proceeding, which was previously scheduled for **May 28, 2009, at**

**11:00 a.m.**, has been continued to **August 6, 2009, at 11:00 a.m.**, in Courtroom 1165 of the above-entitled court, located at 3420 Twelfth Street, Riverside, California 92501.

Dated: May 22, 2009

>CRAIG H. MILLET
>MICHELE L. MARYOTT
>SOLMAZ KRAUS
>GIBSON, DUNN & CRUTCHER LLP
>
>By: _____/s/ Craig H. Millet_____
>                Craig H. Millet
>
>Attorneys for Debtors and Debtors in Possession

100662362_1.DOC

1 **NOTE:**  When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.  Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I, Arlene R. Thompson, declare as follows:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 3161 Michelson Drive, Irvine, California 92612-4412, in said County and State.

A true and correct copy of the foregoing document described as **NOTICE OF CONTINUANCE OF STATUS CONFERENCE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**—Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On May 22, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Daniel C. Lapidus on behalf of Plaintiff Robert Myers
dan@lapiduslaw.com

Craig Millet on behalf of Defendant Fleetwood Enterprises, Inc.
cmillet@gibsondunn.com, pcrawford@gibsondunn.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL:**  On May 22, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Hon. Meredith A. Jury | Ryan D. Lapidus, Esq. |
| U.S. Bankruptcy Court/Riverside | Lapidus & Lapidus |
| 3420 Twelfth Street, Suite 345 | 177 South Beverly Drive |
| Riverside, CA  92501-3819 | Beverly Hills, CA  90212 |
| *Bankruptcy Judge* | *Attorney for Plaintiff Robert Myers* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 22, 2009.

        /s/ Arlene R Thompson
        Arlene R. Thompson