UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

**BANKRUPTCY MINUTES - GENERAL**

FILED
MAY 28, 2009
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

ADV. NO. RS09-01105MJ
CASE NO. RS09-14254MJ          DATE MAY 28, 2009                7

TITLE: FLEETWOOD ENTERPRISES, INC.

DOCKET ENTRY: STATUS CONFERENCE ON COMPLAINT CLASS ACTION ADVERSARY PROCEEDING COMPLAINT [VIOLATION OF 29 USC SECTIONS 2101 ET SEQ. AND CALIFORNIA LABOR CODE SECTIONS 1400 ET SEQ.]

(MYERS VS FLEETWOOD ENTERPRISES INC)

COMPLAINT FLD 3-10-09

PRESENT:
    HON. MEREDITH A. JURY, JUDGE

PRESENT FOR PLAINTIFFS/MOVANTS:        ATTORNEYS FOR DEFENDANTS/RESPONDENTS:

**PROCEEDINGS:**   CONTINUED TO 8-6-09 AT 11:00 AM - NTC TO BE FILED.

( ) **ORDER TO FOLLOW**    ( ) **TO BE LODGED**    ( ) **NO LODGEMENT NECESSARY**

( ) **WALK THROUGH**    ( ) **CLERK'S ORDER VAN 153**    ( ) **CHAMBER'S ORDER**
                            [CHAPTER **13'S** ONLY]

GENMIN1