UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

BANKRUPTCY MINUTES - GENERAL


FILED
AUG 6, 2009
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY         Deputy Clerk

ADV. NO. RS09-01105 MJ
CASE NO. RS09-14254 MJ             DATE AUG 6, 2009             **27**

TITLE: FLEETWOOD ENTERPRISES INC

DOCKET ENTRY: STATUS CONFERENCE ON COMPLAINT FLD 3-10 09 CLASS ACTION ADVERSARY PROCEEDING COMPLAINT [VIOLATION OF 29 USC SECT 2101 ET SEQ AND CALIFORNIA LABOR CODE SECT 1400 ET SEQ]
[MYERS V FLEETWOOD ENTERPRISES INC]

FROM 5-28-09; NTC TO BE FILED

PRESENT:
HON. MEREDITH A. JURY, JUDGE

PRESENT FOR PLAINTIFFS/MOVANTS:        ATTORNEYS FOR DEFENDANTS/RESPONDENTS:

Lapidus
                                        Maryott

PROCEEDINGS:    Continued to Nov. 12 at 11:00 a.m.


( ) ORDER TO FOLLOW    ( ) TO BE LODGED    ( ) NO LODGEMENT NECESSARY

( ) WALK THROUGH       ( ) CLERK'S ORDER VAN 153    ( ) CHAMBER'S ORDER
                           [CHAPTER **13'S** ONLY]

GENMIN1